IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

HALE AND TRUE, LLC

Chapter 7
Bankruptcy No. 25-12620

Debtor(s)

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this _____ day of _____ 20___, upon consideration of the

Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS

HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

**Date: March 31, 2026**

_____

DEREK J BAKER
United States Bankruptcy Judge